Joel Werbel - ID #235401966
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
werbel@methwerb.com
Attorneys for Fords Fire Department
Our File No. 92066 JNW

| | |
|---|---|
| INSURANCE AUTO AUCTIONS, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>CARTERET FIRE DEPARTMENT, HOPELAWN FIRE DEPARTMENT, ISELIN FIRE DEPARTMENT #11, ISELIN FIRE DEPARTMENT #9, PERTH AMBOY FIRE DEPARTMENT, PORT READING FIRE DEPARTMENT, SOUTH AMBOY FIRE DEPARTMENT, SAYREVILLE FIRE DEPARTMENT, FORDS FIRE DEPARTMENT, METUCHEN FIRE DEPARTMENT, MIDDLESEX COUNTY FIRE MARSHAL, STATE OF NEW JERSEY, NATIONAL FOAM INC., JOHN DOES 1-99, ABC CORPORATIONS 1-99, AND PUBLIC ABC PUBLIC ENTITIES,<br><br>            Defendants. | UNITED STATES DISTRICT - NEWARK<br>CIVIL ACTION NO.: 2:22-CV-02079-MCA-JRA<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS AS TO THE DEFENDANT FORDS FIRE DEPARTMENT ONLY** |

**THIS MATTER** in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and hereby is dismissed without prejudice and without costs against as to the defendant Fords Fire Department only.

| | |
|---|---|
| **KINNEY LISOVICZ REILLY & WOLFF PC** | **METHFESSEL & WERBEL, ESQS.** |
| s/ Mark S. Hanna | *[signature]* |
| _____ | _____ |
| Mark S. Hanna, Esq. | Joel Werbel, Esq. |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Insurance Auto Auctions, Inc. | Fords Fire Department |

DATED: May 31, 2022

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 6/1/22